UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN FLOYD III,

                    Plaintiff,                              **ORDER**

            -against-                              26-CV-03951 (PMH)

POLICE OFFICER ROBERT MONACO, et al.,

                    Defendants.

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action by filing a complaint on May 12, 2026. (Doc. 1). On May 30, 2026, Plaintiff filed two copies of an affidavit of service, indicating service of the summons and complaint was effectuated on Defendant Andrew Sciandra on May 20, 2026. (Docs. 6, 7). Based upon the docket text, it appears that the wrong PDF may have been uploaded as Doc. 6, and the affidavit of service on Defendant Robert Monaco has not been filed. There has been no activity on the docket since the filing of the affidavits of service.

Plaintiff, by July 27, 2026, shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment against Defendant Andrew Sciandra. If service was indeed effectuated on Defendant Robert Monaco on May 19, 2026 as the docket text associated with Doc. 6 indicates, then Plaintiff shall forthwith file the correct proof of such service and shall also pursue default judgment against Defendant Robert Monaco by July 27, 2026. If Plaintiff deems default judgment to be inadvisable, Plaintiff shall file a letter setting forth his position by July 27, 2026.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated:  White Plains, New York
        June 29, 2026

_____
Philip M. Halpern
United States District Judge

2